UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE HUNTINGTON NATIONAL BANK, )<br>Plaintiff, )<br> )<br>-v- )<br> )<br>CORPORATE TAX RESOURCES, LLC, and )<br>FRED MAWSON, )<br>Defendants. )<br> ) | No. 1:17-cv-1139<br><br>Honorable Paul L. Maloney |

## PARTIAL JUDGMENT

Plaintiff Huntington National Bank has secured entry of default and default judgment against Defendant Corporate Tax Resources. The Court has awarded Huntington National Bank $1,398,083.37 against Corporate Tax Resources. The lawsuit has been automatically stayed against Defendant Fred Mawson as he has filed for bankruptcy protection.

Finding no just reason for delay, as permitted by Rule 54(b) of the Federal Rules of Civil Procedure, **PARTIAL JUDGMENT ENTERS.** As to Defendant Corporate Tax Resources only, **THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 18, 2019            /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge